# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORTHEAST REVENUE, SERVICES, LLC, | : | |
| Plaintiff, | : | Civil Action No. 3:14-cv-00852 |
| v. | : | (Judge Kosik) |
| MAPS INDEED, INC., *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, THIS 30th DAY OF APRIL, 2015, IT IS HEREBY ORDERED THAT:

[1] Defendant James Filla's Motion to Strike Declaration of John P. Rodgers, Esquire (Doc. 78) is **GRANTED IN PART** and **DENIED IN PART**, as set forth in the accompanying Memorandum;

[2] Defendant James Filla's Second Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim (Doc. 44) is **GRANTED**;

[3] All claims against James Filla are hereby **DISMISSED**; and

[4] The Clerk of Courts is directed to **REMOVE** James Filla as a defendant in this case.

s/ Edwin M. Kosik
Edwin M. Kosik
United States District Judge